### CORNING GLASS WORKS

v.

### John H. NORBERG.

### No. 80–454–M.P.

Supreme Court of Rhode Island.

Nov. 26, 1980.

Hinckley, Allen, Salisbury & Parsons, H. Peter Olsen and Gregory L. Benik, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., William G. Brody, Asst. Atty. Gen., Charles Edwin Goldkamp, Legal Officer (Taxation), Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.